EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br><br><br>Arlene Zambrana Ortiz | 2016 TSPR 113<br><br>195 DPR ____ |
|---|---|

Número del Caso: AB-2014-101


Fecha: 27 de mayo de 2016


Oficina de Inspección de Notarías:

      Lcdo. Manuel E. Ávila de Jesús
      Director


Abogado de la Promovida:

      Lcdo. Virgilio Mainardi Peralta


Materia: La suspensión será efectiva el 1ro de junio de 2016, fecha en que se le notificó al abogado de su suspensión inmediata.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Arlene Zambrana Ortiz

AB-2014-0101

RESOLUCIÓN

En San Juan, Puerto Rico, a 27 de mayo de 2016.

Atendidos el Informe del Director de la Oficina de Inspección de Notarías (ODIN) y la reacción de la Lcda. Arlene Zambrana Ortiz, se suspende inmediata e indefinidamente a la licenciada Zambrana Ortiz del ejercicio de la notaría.

El Alguacil de este Tribunal deberá incautarse del sello y la obra notarial de la abogada suspendida, y entregará estos a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe a este Tribunal.

Se refiere este asunto a la Procuradora General para la investigación e informe correspondiente. Para ello, tendrá un plazo de treinta (30) días a partir de la notificación de esta Resolución.

Notifíquese personalmente.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.


Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo